424 A.2d 545

Commonwealth v. Weiss, Appellant.

 Submitted June 29, 1979.

** President Judge Francis J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

Joseph F. Weiss, in propria persona, appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Judgment of sentence affirmed.